**Order entered March 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER, AND WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court is appellants' March 11, 2019 motion to clarify our March 7, 2019 order. That order denied, in part, appellant's request to supplement the record with documents and transcripts from other cases. In her motion, appellant seeks to have clarified whether our order "include[s] the use of 'other outside cases' to claim false 'vexatious litigant' by appellees."

Appellate courts are restricted to the record as produced at the trial level. *Sabine Offshore Serv., Inc. v. City of Port Arthur*, 595 S.W.2d 840, 841 (Tex. 1979); *Carlton v. Trinity Universal Ins. Co.*, 32 S.W.3d 454, 458 (Tex. App.—Houston [14th Dist.] 2000, pet. denied). Accordingly, any documents and transcripts from other cases shall not be included in the appellate record of this cause unless considered by the trial court.

/s/    KEN MOLBERG
            JUSTICE